UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL FETTERHOFF,

        Plaintiff,

v.

        Case Number 07-15027
        Honorable David M. Lawson
        Magistrate Judge Michael Hluchaniuk

KERNEY, HUTCHINSON, FEHENIA, and
CORRECTIONAL MEDICAL SERVICE, INC.

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Presently before the Court is the report issued on January 9, 2008, by Magistrate Judge Michael Hluchaniuk pursuant to 28 U.S.C. § 636(b) recommending that this Court grant the defendants' motion for summary judgment. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 45] is **ADOPTED**.

It is further **ORDERED** that the defendants' motion for summary judgment [dkt. # 33] is **GRANTED**. The Complaint is **DISMISSED with prejudice**.

It is further **ORDERED** that the plaintiff's motion to deny [dkt. #39] is **DISMISSED as moot**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: March 6, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 6, 2009.

s/Felicia M. Moses
FELICIA M. MOSES